JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR 06-00044 DDP |
| | ) | CV 11-07012 DDP |
| Respondent, | ) | |
| | ) | |
| v. | ) | **ORDER DENYING PETITIONER'S MOTION TO CORRECT SENTENCE** |
| | ) | |
| MARK ALAN ABRAMS, | ) | |
| | ) | [Docket No. 1 (and No. 80 in CR 06-00044)] |
| Petitioner. | ) | |

Presently before the court is Petitioner Mark Alan Abrams' Motion to Vacate, Set Aside or Correct Conviction and Sentence by a Person in Federal Custody Pursuant to 28 U.S.C. § 2255; Motion to Waive Appearance ("Motion"). Having reviewed the parties' submissions, the court denies the Motion and adopts the following Order.

Petitioner argues for a change in his sentence because his attorney allegedly provided ineffective assistance of counsel. Such a claim requires a showing that the allegedly ineffective assistance prejudiced the petitioner. See United States v. Manzo, 675 F.3d 1204, 1209 (9th Cir. 2012). The court finds that Petitioner has failed to make this showing. The court was fully aware of Petitioner's cooperation and none of his counsel's other

alleged deficiencies - even assuming them to be true - would have resulted in any changes in Petitioner's sentence.

IT IS SO ORDERED.

Dated: June 25, 2012

DEAN D. PREGERSON
United States District Judge